IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JERRY WAYNE TRAXLER
    Reg. No. 29839-051

    Petitioner,
v.                                    Case No. 5:22cv288/MCR/MAL

WARDEN DR. PISTRO,
FCI MARIANNA

    Respondent.
_____/

## REPORT AND RECOMMENDATION

Petitioner Jerry Wayne Traxler, proceeding pro se, sought habeas relief under 28 U.S.C. § 2241 seeking his release to a halfway house. ECF No. 11. In response to the petition, Respondent filed a "Notice of Inmate's Release and Suggestion of Mootness." ECF No. 15. Respondent asserts Petitioner was released on March 24, 2023 through the First Step Act. The BOP's online inmate locater confirms that Petitioner was released on March 24, 2023.

On April 5, 2023, the Court ordered Petitioner to show cause why his petition should not be dismissed as moot due to his release. ECF No. 16. Petitioner was instructed to file a notice of voluntary dismissal if he agreed the petition was moot. Petitioner was warned that failure to respond to the order would result in a recommendation of dismissal. That order was returned to the Court as undeliverable

on April 17, 2023, despite the Court having advised Petitioner that the failure to file a notice of change of address could also result in the dismissal of his case. *See* ECF No. 4 at 2.

A trial court has inherent power to dismiss a case for failure to prosecute. *Link v. Wabash R.R.*, 370 U.S. 626 (1962). Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to obey a court order, typically upon motion of the defendant. *See Moon v. Newsome*, 863 F.2d 835, 838 (11th Cir. 1989) (citing cases). Rule 41.1 of the Local Rules of the Northern District of Florida also authorizes the court to impose sanctions, up to and including dismissal, for failure to comply with a rule or court order. Thus, because Petitioner has failed to comply with Court orders necessary for the continuation of this case, the amended petition should be dismissed without prejudice.

Accordingly, it is respectfully RECOMMENDED:

1. Petitioner's amended petition under 28 U.S.C. § 2241 (ECF No. 11) be **DISMISSED** without prejudice.

2. The clerk be directed to close the case file.

At Gainesville, Florida on April 19, 2023.

> s/ *Midori A. Lowry*
> Midori A. Lowry
> United States Magistrate Judge

## **NOTICE TO THE PARTIES**

Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.