IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JERRY WAYNE TRAXLER
   Reg. No. 29839-051

   Petitioner,
v.                                              Case No. 5:22cv288/MCR/MAL

WARDEN DR. PISTRO,
FCI MARIANNA

   Respondent.
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 19, 2023. ECF No. 19. The clerk has mailed a copy of the Report and Recommendation at his last known address and he has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 19, is adopted and incorporated by reference in this order.

2. Petitioner's *pro se* amended Petition for Writ of Habeas Corpus

Pursuant to 28 U.S.C. § 2241, ECF No. 11, is **dismissed** without prejudice.

**DONE and ORDERED** this 8th day of June 2023.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 3:22cv2099/MCR/MAF